UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JIMMIE C. BIRMINGHAM,

    Plaintiff,

v.

A. COURTNEY COX,
*United States Attorney*,

    Defendant.

Case No. 09-cv-271-JPG

## **JUDGMENT**

This matter having come before the Court, the Court having received confirmation of Plaintiff Jimmie Birmingham's death,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

    NANCY ROSENSTENGEL, CLERK

    By:s/Deborah Agans, Deputy Clerk

**DATED: March 22, 2010**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**